Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
Nevada Bankruptcy Attorneys, LLC
5940 S. Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MSHINGES.COM.<br><br>　　　　Debtor. | Adv. Proc.: 25-01151-abl<br>Case No.: 24-15588-abl<br>Chapter 11<br><br>**MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Debtor MSHINGES.COM, ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Motion for Order Shortening Time on Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.*

///

Specifically, Debtor requests the Court set the hearing on the Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction for hearing Monday, June 30, 2025, at 3:30 PM.

This Request is made pursuant to LR 9006.

Submitted by:

    Nevada Bankruptcy Attorneys, LLC

    By: /s/ Matthew Knepper, Esq.
    Matthew Knepper, Esq.
    NEVADA BANKRUPTCY ATTORNEYS, LLC
    Attorney for Debtor