Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
Nevada Bankruptcy Attorneys, LLC
5940 S. Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Adv. Proc.: 25-01151-abl |
| | Case No.: 24-15588-abl |
| MSHINGES.COM. | Chapter 11 |
| Debtor. | |

**ATTORNEY INFORMATION SHEET FOR MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

As required by the Court, I have contacted the parties listed below regarding the Motion for Order Shortening Time for Hearing on Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. They agree or disagree to the hearing being held on shortened time, as indicated below:

/ / /

| Party Contacted | Date Contacted | Method Contacted | Agree to OST |
|---|---|---|---|
| Justin Valencia, Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17 Office of the United States Trustee | June 27, 2025 | Email: justin.c.valencia@usdoj.gov | No Response |
| Louis M Bubala III Caroline Djang Attorneys for PMC Financial Services Group, LLC | June 27, 2025 | Email: lbubala@kcnvlaw.com cdjang@buchalter.com | No (see Exhibit A attached hereto) |

Dated: June 27, 2025

Nevada Bankruptcy Attorneys, LLC

By: /s/ Matthew Knepper, Esq.
Matthew Knepper, Esq.
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
Attorney for Debtor