# EXHIBIT 2

# Job 12841 Boeing



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Page 1 of 7

| | |
|---|---|
| **Purchase Contract No:** 2421780 | **Purchase Contract Change No:** 00    **PC/PCC Date:** 2023-04-20 |
| **Total PC Value:** $70,617.740 | |
| **Total PC Funding:** $70,617.7400 | |
| **Total Definitized Value:** $70,617.740 | **Total Undefinitized NTE Value:** $0.000 |

**Supplier No.** 2A8639    **BEST Code:** BE10048225
**Supplier Address:**    **NAICS:** 332710    **Size Std Emp:** 500

AIRCRAFT HINGE INC
28338 CONSTELLATION RD
UNIT 970
VALENCIA    CA    91355
US

**Manufacturer Address:**

28338 CONSTELLATION RD
UNIT 970
VALENCIA    CA    91355
US

**Confirm To:** Doug Silva

**Payment Type:**    **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary    **Liquidation Rate:** 0.00%

All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).
**Ship To:**
SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

*Electronically Distributed*
*Exostar Acknowledgement Required*

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

PC FORM Rev 1/19/07



# The Boeing Company
## Purchase Contract/Purchase Contract Change

Page 2 of 7

| Purchase Contract No: | 2421780 | Purchase Contract Change No: | 00 | PC/PCC Date: | 2023-04-20 |

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0001 | | | EA | $33,560.0000 |

**Description:** Material for AVI Door Lots 81 and 82
**Vendor P/N:** TYPE MNRE
**Issuing Loc:** ST LOUIS

**Total Qty Ordered:** 1
**Item Ext Amount:** $33,560.0000
Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |

**Ship To:** NON-DELIVERABLE
N/A

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** Thompson, Nick J
**Deliver to Location:** N/A

**Item Attachment(s)** | **Description**
F303. | e-INVOICING
F502. | SALES TAXES - RESALE - THE BOEING COMPANY

**End of Item: 0001** ----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0002 | | | EA | $6,795.5000 |

**Description:** Hinge Safety Stock Setup
**Vendor P/N:** TYPE MNRE
**Issuing Loc:** ST LOUIS

**Total Qty Ordered:** 1
**Item Ext Amount:** $6,795.5000
Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |

**Ship To:** NON-DELIVERABLE
N/A

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** Thompson, Nick J
**Deliver to Location:** N/A

*Electronically Distributed Exostar Acknowledgement Required*



# The Boeing Company
## Purchase Contract/Purchase Contract Change

Page 3 of 7

| | | |
|---|---|---|
| Purchase Contract No: 2421780 | Purchase Contract Change No: 00 | PC/PCC Date: 2023-04-20 |

| Item Attachment(s) | Description |
|---|---|
| F303. | e-INVOICING |
| F502. | SALES TAXES - RESALE - THE BOEING COMPANY |

**End of Item:  0002** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | | EA | $11,520.0000 |

**Description:** Material for AVI Door Lots 81 and 82
**Vendor P/N:** TYPE MNRE
**Issuing Loc:** ST LOUIS

**Total Qty Ordered:** 1
**Item Ext Amount:** $11,520.0000
Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |

**Ship To:** NON-DELIVERABLE
N/A

**Mark for:** Thompson, Nick J
**Deliver to Location:** N/A

| Item Attachment(s) | Description |
|---|---|
| F303. | e-INVOICING |
| F502. | SALES TAXES - RESALE - THE BOEING COMPANY |

**End of Item:  0003** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | | EA | $1,920.0000 |

**Description:** Material for AVI Door Safety Stock Lot 80
**Vendor P/N:** TYPE MNRE
**Issuing Loc:** ST LOUIS

**Total Qty Ordered:** 1
**Item Ext Amount:** $1,920.0000
Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |

**Ship To:** NON-DELIVERABLE
N/A

*Watermark: Electronically Distributed Exostar Acknowledgement Required*

PC FORM Rev 1/19/07



# The Boeing Company
## Purchase Contract/Purchase Contract Change

Page 4 of 7

| Purchase Contract No: | 2421780 | Purchase Contract Change No: | 00 | PC/PCC Date: | 2023-04-20 |
|---|---|---|---|---|---|

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** N/A
**Deliver to Location:** N/A

| Item Attachment(s) | Description |
|---|---|
| F303. | e-INVOICING |
| F502. | SALES TAXES - RESALE - THE BOEING COMPANY |

**End of Item:   0004**

---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | | EA | $4,205.5600 |

**Description:** Hinge Safety Stock Tooling
**Vendor P/N:** TYPE MNRE
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**
$16,822.2400

Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 29- AUG- 2025 | 29- AUG- 2025 |

**Ship To:**
NON-DELIVERABLE
N/A

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** Thompson, Nick J
**Deliver to Location:** N/A

| Item Attachment(s) | Description |
|---|---|
| F303. | e-INVOICING |
| F502. | SALES TAXES - RESALE - THE BOEING COMPANY |

**End of Item:   0005**

---

| PC Attachment(s) | Description |
|---|---|
| 0000.00 0000 0015 | PAYMENT TERMS 0%, 0, NET 15 |
| C002 | AUTHORIZATION FOR EARLY SHIPMENT |
| C103 | COMMERCIAL BILL OF LADING - FREIGHT PREPAID |
| D506S | SELLER VERIFICATION |
| D508 | COPY OF DRAWINGS |
| D519S | PROCESS AND MATERIAL SPECIFICATIONS |
| D607 | MATERIAL SUBSTITUTION |
| G101 | Warranty Corrections |
| GP7 | Fixed Price Goods Under US Govt Contract |
| H106 | TECHNICAL DATA - LEGEND - U.S. SUPPLIERS |

*Electronically Distributed Exostar Acknowledgement Required*

PC FORM Rev 1/19/07



**The Boeing Company**
**Purchase Contract/Purchase Contract Change**                    Page 5 of 7

Purchase Contract No:   2421780         Purchase Contract Change No:  00   PC/PCC Date:   2023-04-20

| PC Attachment(s) | Description |
|---|---|
| H202 | Customer Contract Requirements (CCR) |
| H217 | AFFIRMATIVE ACTION & NONDISCRIMINATION OBLIGATIONS |
| H602 | CUSTOMER CONTRACT NUMBER (VARIABLE) |
| M000 | REPORTING DISCREPANCIES IN BUYER DRAWINGS |
| M007M | BUYER FURNISHED DATA / DRAWINGS |
| M008 | SUPPLIER DELIVERY FOLLOW-UP (SDF) |
| M422L | SPARES PROVISIONING |
| M430 | COLLABORATIVE PERFORMANCE MANAGEMENT |

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement Required



The Boeing Company
# Purchase Contract/Purchase Contract Change

Page 6 of 7

**Purchase Contract No:** 2421780        **Purchase Contract Change No:** 00  **PC/PCC Date:** 2023-04-20

## PC Attachment(s)

**Attachment 0000.00 0000 0015**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 15

**Attachment H602**

H602

CUSTOMER CONTRACT NUMBER (VARIABLE)

Variable portion of the clause is listed below:

The applicable customer contract number(s) are:

FA8634- 20-D-2704

PC FORM Rev 1/19/07



| | The Boeing Company | |
|---|---|---|
| | **Purchase Contract/Purchase Contract Change** | Page 7 of 7 |

**Purchase Contract No:** 2421780    **Purchase Contract Change No:** 00  **PC/PCC Date:** 2023-04-20

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

*Electronically Acknowledged / Exostar Distributed Acknowledgement Required*

| **Buyer Name:** | Michael Warren | **Phone:** | +1 (314) 5637376 |
|---|---|---|---|
| | | **Fax:** | |
| **Email Address:** | michael.warren5@boeing.com | | |
| **Loc/Bldg/Ms:** | S270-4101 | | |
| | THE BOEING COMPANY | | |
| | PO BOX 516 | | |
| | ST LOUIS | MO | 63166-0516 |
| | US | | |

**BUYER** _____    **DATE** _____
      PURCHASING AGENT SIGNATURE

**SELLER** _____    **DATE** _____
      AUTHORIZED SIGNATURE

PC FORM Rev 1/19/07