# EXHIBIT 3

# Job 13027 HC Pacific

# PURCHASE ORDER

HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764
US

Phone: 909-598-0509
Fax:   909-598-1411

Send To:
AIRCRAFT HINGE INC
28338 CONSTELLATION RD, STE 970
VALENCIA, CA 91355
US

| Purchase Order Number |  |
|---|---|
| 4038700 | |
| Date | Page |
| 8/19/2024 13:00:10 | 1 of 2 |
| External PO Number | |
| | |

Ship To:
HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764
US
909-598-0509

Attn:

Supplier ID:   48698

Ship Via: Fedex Ground

| Buyer Name | Required Date | Terms Description |
|---|---|---|
| PORNWASIN, THAMMALAK | 7/7/2025 | PREPAY |

| Quantity | UOM Unit Size | Required Date | Item ID Item Description | Net Unit Price | Pricing UOM Unit Size | Extended Price |
|---|---|---|---|---|---|---|

PO Note:  Certification for subcontracted operations. Threads must be certified to applicable drawing requirement. Manufacturer must comply with a minimum quality level of AS9100 or ISO9001. Identify each box with HC purchase order number, part number, and MFG lot number. Compliance with the latest Aerospace Standards for counterfeit parts prevention per AS5553 and AS6174, the Supplier shall have procedures and practices in place to control, prevent, detect, and remove any FOD on the supplied material(s). These procedures and practices shall meet the intent for the requirements found in NAS412. DFAR clause statement – All material for these items must adhere to DFAR clause 252.225.7009, preference for domestic specialty metals applies. If Shipment exceeds 250lbs please contact Jerry Morales via email jmorales@hcpacific.com or phone 909-598-0509 with weights and dimensions for shipment instructions. Must include cure date and expiration date if shelf life is applicable.
Complete Test Reports /MFG Certs required/Raw Material /C of C /DFAR/ITAR IF APPLIES
***DO NOT INSURE SHIPMENTS**DO NOT LIST A DECLARED VALUE***
Standard purchasing terms per HCQC098 apply.

A
HCP
443

8-19-24

8/19/24

12 16 1828, 01 07 2014

# PURCHASE ORDER

HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764
US

**Phone:** 909-598-0509
**Fax:** 909-598-1411

| Purchase Order Number |  |
|---|---|
| 4038700 |  |
| Date | Page |
| 8/19/2024 13:00:10 | 2 of 2 |
| External PO Number |  |
|  |  |

| Quantity | UOM Unit Size | Required Date | Item ID / Item Description | Net Unit Price | Pricing UOM Unit Size | Extended Price |
|---|---|---|---|---|---|---|
|  |  |  | Link to HCQC098: https://hcpacific.com/wp-content/uploads/2024/03/HCQC098WS_Standard_Purchasing-Requirements.pdf Please send all invoices and statements to accounting@hcpacific.com for processing. |  |  |  |
|  |  | *Shipping Instructions:* | FEDEX ACCOUNT# 090470060 |  |  |  |
| 500 EA | 1.0 | 7/7/2025 | 140U0012-1 HINGE, ASSEMBLY | 220.0000 EA | 1.0000 | 110,000.00 |
|  |  | *PO Line Notes:* | SHIP: 46 WEEKS OR SOONER REV: AB |  |  |  |

**TOTAL:** **110,000.00**

12 16 1828, 01 07 2014