_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 27, 2025

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
Nevada Bankruptcy Attorneys, LLC
5940 S. Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Adv. Proc.: 25-01151-abl |
| | Case No.: 24-15588-abl |
| MSHINGES.COM. | Chapter 11 |
| Debtor. | |

**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon the Debtor's **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**AND PRELIMINARY INJUNCTION** in the above-entitled action, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for hearings on Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed herein by counsel for the Debtor shall be held to the _30th_____ day of ___June_____, 2025, at the hour of _4:00_____ ___p_.m. in the above-entitled Court.

The Order on this motion shall be served within _1___ days of entry of this Order.

DATED this ____ day of _____, 2025.

Submitted by:

                         Nevada Bankruptcy Attorneys, LLC

                         By: /s/ Matthew Knepper, Esq.
                         Matthew Knepper, Esq.
                         NEVADA BANKRUPTCY ATTORNEYS, LLC
                         Attorney for Debtor