MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
BRENDEN J. GOUGEON, ESQ.
Nevada Bar No. 16874
**NEVADA BANKRUPTCY ATTORNEYS LLC**
5940 S Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118-2507
Phone: (702) 848-3855
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| In Re:<br><br>MSHINGES.COM,<br><br>Debtor. | Adv. Proc.: 25-01151-abl<br>Case No.: 24-15588-abl<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE: ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Hearing Date: June 30, 2025<br><br>Hearing Time: 4:00 PM |
| MSHINGES.COM,<br><br>Plaintiff,<br><br>v.<br><br>PMC FINANCIAL SERVICES GROUP, LLC,<br><br>Defendant. | |

I HEREBY CERTIFY I caused copies of the *Order Granting Motion for Order Shortening Time for Hearing on Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction* to be served on June 30, 2025, as specified below:

Nevada Bankruptcy Attorneys LLC
5940 S. Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118
Phone: (702) 805-1597
Fax: (702) 850-2192

Parties in this matter were served the above related documents as follows:

| Electronic service (email): | Chapter 11 Trustee (through ECF System) justin.c.valencia@usdoj.gov; lbubala@kcnvlaw.com; cdjang@buchalter.com; wbuttkus@pmcfsg.com |
|---|---|
| First Class U.S. Mail | PMC Financial Services Group, LLC Attn: Walter E. Buttkus, III, President 3816 East La Palma Avenue Anaheim, CA 92807 |

DATED June 30, 2025.

I declare under penalty of perjury the foregoing is true and correct.

|  | **NEVADA BANKRUPTCY ATTORNEYS LLC** By: /s/ *Graham Waring* <br> Graham Waring *An Employee of Nevada Bankruptcy Attorneys* |
|---|---|

NEVADA BANKRUPTCY ATTORNEYS LLC
5940 S. RAINBOW BLVD., SUITE 400
PMB 99721
LAS VEGAS, NV 89118
PHONE: (702) 805-1597
FAX: (702) 850-2192